LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
CLARIZA C. GARCIA (State Bar No. 189918)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
MACY'S WEST STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALTHEA KIRKLAND, | Case No. 4:12-cv-02118-YGR |
|---|---|
| Plaintiff, | [proposed] ORDER TO ENTER INTO BINDING ARBITRATION AND STAY CIVIL ACTION PENDING CONCLUSION OF ARBITRATION PROCEEDINGS PER STIPULATION BY THE PARTIES |
| vs. | |
| MACY'S CORPORATE SERVICES INC. and DOES 1-20, inclusive | |
| Defendants. | Complaint Filed: March 26, 2012 |

WHEREAS, Plaintiff ALTHEA KIRKLAND ("Plaintiff") filed a Complaint in the Superior Court of California, County of Contra Costa, on March 26, 2012, against Defendant Macy's West Stores, Inc. ("Macy's") (collectively referred to as the "Parties") for disability discrimination, tortious discharge in violation of public policy, and false imprisonment (the "Action").

WHEREAS, Macy's removed the Action to this Court on April 27, 2012.

WHEREAS Plaintiff agreed to arbitrate disputes arising out of her employment with Defendant when she accepted employment with Macy's ("the Agreement").

WHEREAS, the Agreement applies to the claims contained in Plaintiff's Complaint.

WHEREAS, the Parties have agreed to submit Plaintiff's claims in this Action to binding arbitration, pursuant to the terms of the Agreement.

[proposed] ORDER TO ENTER INTO BINDING ARBITRATION AND STAY CIVIL ACTION PENDING CONCLUSION OF ARBITRATION PROCEEDINGS PER STIPULATION BY THE PARTIES (Case C12-02118 YGR)

1

The Parties, through their respective counsel of record, stipulate as follows:

1. This action is referred to binding arbitration pursuant to the Parties agreement; and

2. This Action is stayed pending resolution of the binding arbitration.

## ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED** that this Action is referred to binding arbitration and proceedings in this Court are **STAYED** pending resolution of binding arbitration.

DATED: July 9, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

[proposed] ORDER TO ENTER INTO BINDING ARBITRATION AND STAY CIVIL ACTION PENDING CONCLUSION OF ARBITRATION PROCEEDINGS PER STIPULATION BY THE PARTIES (Case C12-02118 YGR)

2