UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ATHEA KIRKLAND,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**MACY'S CORPORATE SERVICES INC.,**<br><br>　　　　**Defendant.** | **Case No.: 12-CV-2118 YGR**<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED; REQUESTING STATUS UPDATE; SETTING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

On July 9, 2012, the Court ordered this case stayed pending the completion of binding arbitration for the claims at issue. (Dkt. No. 14.) In the parties' stipulation, they represented that the arbitration agreement "applies to the claims contained in Plaintiff's Complaint." (*Id*.)

Accordingly, and in light of the fact that there have been no filings in this case for almost two years, the parties are hereby ordered to show cause why this case should not be dismissed. No later than **Friday, June 13, 2014**, the parties will file a **JOINT STATEMENT** of no more than **three pages** apprising the Court of the status of the arbitration, any need or justification for a continued stay of this action, and why this case should not be dismissed.

A hearing regarding the parties' compliance with the above order shall be held on **Friday, June 20, 2014** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED**.

Dated:   June 6, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**