LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
101 Mission Street, Suite 600
San Francisco, California 94105
Telephone:  (415) 357-4600
Facsimile:  (415) 357-4605

Attorneys for Defendant
MACY'S WEST STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHEA KIRKLAND,<br><br>      Plaintiff,<br><br>vs.<br><br>MACY'S CORPORATE SERVICES INC. and DOES 1-20, inclusive<br><br>      Defendants. | Case No. 4:12-cv-02118-YGR<br><br>[proposed] **ORDER OF DISMISSAL WITH PREJUDICE PER STIPULATION BY THE PARTIES**<br><br>Complaint Filed: March 26, 2012 |

 WHEREAS, Plaintiff ATHEA KIRKLAND ("Plaintiff") filed a Complaint in the Superior Court of California, County of Contra Costa, on March 26, 2012, against Defendant Macy's West Stores, Inc. ("Macy's") (collectively referred to as the "Parties") for disability discrimination, tortious discharge in violation of public policy, and false imprisonment (the "Action").

 WHEREAS, Macy's removed the Action to this Court on April 27, 2012.

 WHEREAS, this Court entered an Order on July 9, 2012 referring the Action to binding arbitration and staying proceedings pending resolution of the arbitration, pursuant to the stipulation and agreement of the Parties.

 WHEREAS, the Parties have reached a settlement agreement regarding all claims asserted in the Action and hereby request the matter be dismissed with prejudice.

The Parties, through their respective counsel of record, stipulate as follows:

1. This Action is to be dismissed with prejudice, with each side to bear her/its own costs.

Dated: June 13, 2014  LAFAYETTE & KUMAGAI

By: _____
SUSAN T. KUMAGAI
Attorneys for Defendant
MACY'S WEST STORES, INC.

Dated: June 13, 2014  LAW OFFICE OF AYANA K. YOUNG

By: *Ayana K. Young*
AYANA K. YOUNG
Attorneys for Plaintiff
ATHEA KIRKLAND

## ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED** that this Action is **DISMISSED** with prejudice, with each party to bear her/its owns costs.

DATED: June 13, 2014  _____
Hon. Yvonne Gonzalez Rogers
Judge, United States District Court,
Northern District of California

2

[proposed] ORDER OF DISMISSAL WITH PREJUDICE PER STIPULATION BY THE PARTIES
(Case No. 4:12-cv-02118-YGR)